U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

JUL 23 2026

JENNIFER P. LYONS, CLERK

BY_____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

JASON BOSTON

No.: 2:26-cr-00084-JAW

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Possession with Intent to
### Distribute Controlled Substances)

On about March 6, 2026, within the District of Maine, the defendant,

**JASON BOSTON,**

knowingly and intentionally possessed with intent to distribute controlled substances, including 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B) apply to the conduct described herein.

### ALLEGATIONS TRIGGERING
### ENHANCED MANDATORY MINIMUM PENALTIES

Before the defendant, **JASON BOSTON**, committed the offense charged in Count One, he had a final conviction for a serious drug felony, namely, a conviction for Aggravated Trafficking of Scheduled Drugs in violation of 17-A, Maine Revised Statutes, Section 1105-A(1)(M), in *State of Maine v. Jason Boston*, Docket No. CUMCD-CR-2020-02381, for which he served more than 12 months imprisonment and for which he

1

was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the offense charged in Count One. As a result of that conviction, the defendant is subject to increased punishment under 21 U.S.C. § 841(b)(1)(B).

## FORFEITURE NOTICE

1.       Upon conviction of the offense charged in Count One of this Indictment, the defendant, **JASON BOSTON,** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, a money judgment in the amount of all such proceeds.

2.       If any property described in Paragraph 1 above as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant—

      a.   cannot be located upon the exercise of due diligence;

      b.   has been transferred or sold to, or deposited with, a third party;

      c.   has been placed beyond the jurisdiction of the Court;

      d.   has been substantially diminished in value; or

      e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

2

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

Signature Redacted – Original on file with the Clerk's Office

_____
Assistant United States Attorney
Date: July 23, 2026